ERNEST J. ROBINSON, Respondent, *v.* CARL H. OLIVER, Appellant.

*Robinson* v. *Oliver*, 171 App. Div. 349, affirmed.

(Argued October 23, 1918; decided November 12, 1918.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered January 10, 1916, affirming a judgment in favor

of plaintiff entered upon a decision of the court at a Trial Term without a jury. This action was brought to recover on an alleged agreement of the defendant to pay the expenses incurred by the plaintiff in collecting the amount due on a fire insurance policy. It appeared that defendant, who was an insurance broker, procured for the plaintiff the policy in question; that the plaintiff provided for payment of the premium but that defendant failed to transmit the amount to the insurer. A loss having occurred which the insurer refused to pay, plaintiff stated that he would hold the defendant responsible for his loss on account of his failure to pay over the premium, whereupon the defendant entered into the contract sued upon.

*C. J. Vert* for appellant.

*John H. Booth* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, CUDDEBACK, HOGAN and McLAUGHLIN, JJ. Absent: CRANE, J.